IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JIMMY DON GRIFFITH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-08-78-M |
| ) | |
| RANDALL G. WORKMAN, Warden, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

On April 28, 2008, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for a Writ of Habeas Corpus be denied. The parties were advised of their right to object to the Report and Recommendation by May 19, 2008. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 28, 2008;

(2) DENIES the Petition for Writ of Habeas Corpus; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 27th day of May, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE